COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KATHLEEN ROBB AND GARRETT G.B. ROBB, | § | No. 08-11-00236-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 327th District Court |
| | § | |
| HORIZON COMMUNITIES IMPROVEMENT ASSOCIATION, INC., | § | of El Paso County, Texas |
| | § | (TC# 2010-3453) |
| Appellee. | § | |

**MEMORANDUM   OPINION**

Appellee filed a Motion to Dismiss Appeal on July 18, 2012, seeking to dismiss the appeal of both Kathleen Robb and Garrett Robb.   No response from either Mr. or Ms. Robb has been received by this Court.

Kathleen Robb has never filed an appeal of the underlying case in her own name. Therefore, an appeal by Kathleen Robb has not been perfected, as required by the Texas Rules of Appellate Procedure 26.1.   *See Restrepo v. First Nat. Bank of Dona Ana County, N.M.,* 892 S.W.2d 237, 238 (Tex.App.--El Paso 1995, no writ)(applying former TEX.R.APP.P. 40(a)(1) in noting that a civil appeal is perfected when the notice of appeal is filed).   This Court has noted the failure of Ms. Robb to file either a brief or a motion to extend time to file a brief in previous orders, and that Mr. Robb's signing of the appeal did not suffice for purposes of an appeal on behalf of Ms. Robb.   *See* Order of April 4, 2012; Order of March 1, 2012.   The deadlines for filing a notice of appeal are jurisdictional and, absent a timely filed notice of appeal or a timely filed extension request, this Court must dismiss the appeal.   *See* TEX.R.APP.P. 25.1(b), 26.   Because Kathleen Robb, by failing to file her own notice of appeal, has failed to perfect an appeal, we dismiss her

appeal for want of jurisdiction.

Appellee argues that Mr. Robb failed to comply with Rules 38.1(f), (g), (h), and (i) of the Texas Rules of Appellate Procedure, and contends that the appeal of Mr. Robb must be dismissed in accordance with this Court's previous holding in *Martinez v. El Paso County*, 218 S.W.3d 841, 844 (Tex.App.--El Paso 2007, pet. struck). *Martinez* does not provide for dismissal for failing to comply with these rules specifically, but instead notes that failure to comply with the Rules of Appellate Procedure results in a waiver of arguments. *Id.* at 845. We do not address the legal sufficiency of Mr. Robb's brief at this time. Appellee's Motion to Dismiss Mr. Robb's appeal is hereby denied.

September 5, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera and Antcliff, JJ.